IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHARLES M. DUNCAN,

    Plaintiff,

v.  No. 09-cv-1005

UNION UNIVERSITY,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    Before the Court is the Report and Recommendation on the Motion to Enforce Judgment (the "Report"), issued by United States Magistrate Judge Edward G. Bryant on February 2, 2010, pursuant to an order of reference. (Docket Entry ("D.E.") No. 22.) In the Report, Judge Bryant recommended that the Court grant the Defendant's Motion to Enforce the Settlement Agreement and for Entry of Order of Dismissal with the exception of the Defendant's request for attorney's fees, costs, and expenses. (Id.) The Report sets forth a thorough and accurate assessment of the applicable facts and law, which need not be repeated here.

    The Plaintiff, Charles M. Duncan, filed an "Answer" to the Motion to Enforce Judgment on February 11, 2010, but did not address Judge Bryant's Report. (D.E. No. 23.) Although he desires to respond to the motion, Plaintiff appears to be upset primarily with the fact that the Court has not considered his submission entitled "Stipulation Order," containing a list of proposed stipulations to which the Defendant has not agreed. (D.E. No. 18.) In any event, however, Plaintiff's "Answer" does not controvert any of the facts or law contained in the Report, nor does he raise any specific objections to the proposed findings and recommendations.

Therefore, after review of the magistrate judge's report and recommendation, it is ACCEPTED in full.  The Defendant's motion is GRANTED, and the Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. Each party is responsible for its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED** this, the 1st day of March, 2010.

                                         s/ J. DANIEL BREEN
                                         UNITED STATES DISTRICT JUDGE